STATE OF MICHIGAN
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

LELA MILLER,

    Plaintiff,

vs.

J.C. PENNEY COMPANY INC., a Delaware Corp., d/b/a J.C. PENNEY and J.C. PENNEY CORPORATION INC., a Delaware Corporation, d/b/a J.C. PENNEY,

    Defendants.

Case No. 07-15296-CV
Hon. Patrick J. Duggan

---

JEFFREY J. HIMELHOCH   P31694
WINEGARDEN, WINEGARDEN & HIMELHOCH
Attorneys for Plaintiff
2347 Stonebridge Dr., Bldg. G
Flint, MI  48532
(810) 732-7100  fax: 732-1170
jeromewinegarden@aol.com

JENNIFER G. DAMICO (P51403)
Plunkett Cooney
Attorneys for Defendant
535 Griswold Street, Ste. 2400
Detroit, MI 48226
313-983-4334  fax:983-4350
jdamico@plunkettcooney.com

## **ORDER OF DISMISSAL**

At a session of said Court, held in the
City of Detroit, County of Wayne,
State of Michigan on May 21, 2008
PRESENT: HON.  PATRICK J. DUGGAN
U.S. District Court Judge

UPON READING and FILING the attached Stipulation, and the Court being otherwise fully advised in the premises;

IT IS HEREBY ORDERED that Plaintiff's Complaint shall be dismissed with prejudice and without costs to Defendant, J.C. PENNEY CORPORATION, INC., and resolves the last pending claim and closes the case.

                                                                  s/PATRICK J. DUGGAN
                                                                  U.S. DISTRICT COURT JUDGE

## **STIPULATION**

The parties herein stipulate to entry of the aforedescribed order.

APPROVED:

/s/ Jeffrey J. Himelhoch    P31694
_____
JEFFREY J. HIMELHOCH   P31694
WINEGARDEN, WINEGARDEN & HIMELHOCH
Attorneys for Plaintiff

/s/ Jennifer G. Damico    P51403
_____
JENNIFER G. DAMICO (P51403)
Plunkett Cooney
Attorneys for Defendant

Detroit.00085.74562.1299283-1